IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                Plaintiff,                      ORDER

v.

                                               07-83M-X

RICHARD E. DAVIS,

                Defendant.
_____

      On October 31, 2007, this court held an ex parte hearing on Attorney Jeff Nichols's motion to withdraw as appointed counsel for defendant Richard Davis. Both men were present for the hearing. I granted the motion, then I advised Davis in blunt terms that, given his track record for triggering attorney withdrawals in this case and in the predecessor case, 07-CR-15-S, he will not receive another appointed attorney in this case, so he had better find a more effective way to communicate effectively with his new lawyer.

      It is the court's intent to keep the current schedule.

      Entered this 31st day of October, 2007.

                                               BY THE COURT:

                                               /s/

                                             STEPHEN L. CROCKER
                                             Magistrate Judge